UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

— — — — — — — — — — — — — — — — — — — — — — — — — — X

Amaury Mena, on behalf of himself, individually, and on behalf of all others similarly-sitated

_____,

Plaintiff,

v.

Tu Tipico Dominicano Corp., Tu Tipico Restaurant Dominicano II Inc., and Roberto Ramirez, individually

_____,

Defendants.

— — — — — — — — — — — — — — — — — — — — — — — — — — X

Docket No.

( 1:26-cv-02510-JAM , J.)
(Marutollo, M.J.)

**DISCOVERY PLAN AND SCHEDULING ORDER**

Upon consent of the parties, it is hereby ORDERED as follows:

1. The date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a)(1), if not yet completed: June 22, 2026

2. No amendment of the pleadings will be permitted after: September 24, 2026

3. No additional parties may be joined after: September 24, 2026

4. Fact discovery shall be completed by: October 26, 2026

5. Plaintiff(s) shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: November 12, 2026.

6. Defendant(s) shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: November 12, 2026

7. All discovery, including expert discovery, shall be completed by: December 14, 2026. (*Presumptively 30 days following the final exchange of expert reports*)

1

8.    Have the parties discussed the existence of electronically stored information (ESI) and discussed the location and production of such information, as required by Fed. R. Civ. P. 26? Yes **X** No ____

9.    Have the parties entered into an ESI protocol? Yes____ No ____ Not Applicable **X**

10.   Final date to take the first step in dispositive motion practice, if any: January 15, 2027 . (*If the parties do not consent to the jurisdiction of United States Magistrate Judge Joseph A. Marutollo, parties are directed to consult the District Judge's Individual Practices and Rules regarding such motion practice. The date is presumptively 30 days after completion of expert discovery*)

11.   Do the parties wish to be referred to the EDNY's Court-annexed mediation program pursuant to Local Civil Rule 83.8? ____ Yes **X** No

12.   Do the parties consent to jurisdiction before United States Magistrate Judge Joseph A. Marutollo pursuant to 28 U.S.C. § 636(c)? ____ Yes **X** No (*Answer "no" if any party declines to consent without indicating which party has declined*)

2

This Scheduling Order may be altered or amended only upon a showing of good cause not foreseeable as of the date of this order.

CONSENTED TO BY:

| Attorney for Plaintiff | Attorney for Defendant(s) |
|---|---|
| Name:<br>Andrew C. Weiss, Esq. | Name:<br>Heriberto A. Cabrera, Esq. |
| Address:<br>910 Franklin Avenue, Suite 205<br>Garden City, New York 11530 | Address:<br>480 39th Street<br>Brooklyn, New York 11232 |
| Telephone:<br>516-248-5550 | Telephone:<br>718-439-3600 |
| Email:<br>acw@employmentlawyernewyork.com | Email:<br>herblaw11220@gmail.com |

**SO ORDERED:**

Dated:  Brooklyn, New York
_____

_____
**JOSEPH A. MARUTOLLO**
United States Magistrate Judge

3